**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**EDWARD ALLEN PARDON**
**and STEPHANIE CHERI VETRANO**                                    **PLAINTIFFS**

**v.**                                **Case No. 5:15-cv-00283 KGB**

**THE CITY OF EUDORA, ARKANSAS,** *et al.*                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiffs Edward Allen Pardon and Stephanie Cheri Vetrano's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this the 27th day of August, 2018.

_____
Kristine G. Baker
United States District Judge